## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| LORA D. BURNETT, <br><br> *Plaintiff,* <br><br> v. <br><br> COLLIN COMMUNITY COLLEGE DISTRICT, *et al.* <br><br> *Defendants.* | <br><br><br><br><br><br> Civil Action No.: 4:21-cv-857 |

## ORDER

Before the Court is Plaintiff Lora Burnett's Unopposed Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss [Dkts.6-7] and Motion to Stay Discovery [Dkt. 8].

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss and Motion to Stay Discovery and for good cause shown**,** it is therefore **ORDERED** that Plaintiff's Motion is hereby **GRANTED.** Plaintiff's deadlines are as extended as follows:

1.      Plaintiff's deadline for responding to Defendants Collin College's and H. Neil Matkin's Motion to Dismiss [Dkt. 6] is now **January 31, 2022**;

2.      Plaintiff's deadline for responding to Defendants the individual members of the Board of Trustees' Motion to Dismiss [Dkt. 7] is now **February 1, 2022**; and

3.      Plaintiff's deadline for responding Defendants' Motion to Stay

Discovery [Dkt. 8] is now **February 3, 2022**.