UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LORA D. BURNETT | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-857-SDJ |
| | § | |
| COLLIN COMMUNITY COLLEGE DISTRICT, ET AL. | § § | |

### ORDER

Upon consideration of Plaintiff Lora Burnett's Unopposed Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss and Motion to Stay Discovery, (Dkt. #9), the Court finds that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. Plaintiff's deadlines are extended as follows:

1. Plaintiff's deadline for responding to Defendants Collin College's and H. Neil Matkin's Motion to Dismiss, (Dkt.# 6), is now **January 31, 2022**;

2. Plaintiff's deadline for responding to Defendants the individual members of the Board of Trustees' Motion to Dismiss, (Dkt. #7), is now **February 1, 2022**; and

3. Plaintiff's deadline for responding Defendants' Motion to Stay Discovery, (Dkt. #8), is now **February 3, 2022**.

**So ORDERED and SIGNED this 19th day of January, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE