# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| LORA D. BURNETT,<br><br>    *Plaintiff*,<br><br>v.<br><br>COLLIN COMMUNITY COLLEGE DISTRICT, *et al.*<br><br>    *Defendants*. | Civil Action No.: 4:21-cv-857 |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT COLLIN COLLEGE'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Lora Burnett, through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendant Collin Community College District's Offer of Judgment to Plaintiff dated January 13, 2022, attached hereto as Exhibit A. Plaintiff respectfully requests that the Clerk enter judgment in her favor.

DATED: January 25, 2022

Respectfully submitted,

*/s/ Greg H. Greubel*
GREG H. GREUBEL*
PA Bar No. 321130; NJ Bar No. 171622015
JOSHUA T. BLEISCH*
IN Bar No. 35859-53
FOUNDATION FOR INDIVIDUAL
RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
josh.bleisch@thefire.org
*Admitted *Pro Hac Vice*

/s/ JT MORRIS
JT MORRIS
TX Bar No. 2409444
JT MORRIS LAW, PLLC
1105 Nueces Street
Austin, TX 78701
Telephone: (512) 717-5275
jt@jtmorrislaw.com

*Counsel for Plaintiff Lora Burnett*