UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LORA D. BURNETT | § |
| | § |
| v. | § CIVIL NO. 4:21-CV-857-SDJ |
| | § |
| COLLIN COMMUNITY COLLEGE DISTRICT, ET AL. | § |

## ORDER

The Court has received Plaintiff's Notice of Acceptance of Defendant Collin College's Offer of Judgment, (Dkt. #11).

It is therefore **ORDERED** that the parties shall submit an agreed proposed form of final judgment to the Court by no later than **February 4, 2022**.

**So ORDERED and SIGNED this 27th day of January, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE