IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LORA BURNETT § | |
| § | |
| v.  § | Case No. 4:21-cv-857 |
| § | |
| COLLIN COUNTY COMMUNITY § | |
| COLLEGE DISTRICT; § | |
| § | |
| H. NEIL MATKIN, in his individual and § | |
| official capacities as President of Collin § | |
| College; § | |
| § | |
| ANDREW HARDIN, JAY SAAD, § | |
| JIM ORR, DR. RAJ MENON, § | |
| STACEY ANN ARIAS, DR. J. ROBERT § | |
| COLLINS, DR. STACEY DONALD, § | |
| GREG GOMEL and FRED MOSES, each § | |
| in their individual and official capacities as § | |
| Members of the Board of Trustees of § | |
| Collin Community College § | |

## FINAL JUDGMENT

On January 25, 2022 Plaintiff Lora Burnett filed Plaintiff's Notice of Acceptance of Defendant Collin College's Offer of Judgment [Dkt. 11], which attaches a copy of Defendant Collin College's Offer of Judgment [Dkt. 11-1]. Accordingly, pursuant to Fed. R. Civ. P. 68, the Court enters the following final judgment:

1. Based on Collin College's Offer of Judgment, the Court orders that Plaintiff recover the sum of $70,000.00 and her costs recoverable by applicable law and incurred by Plaintiff from Defendant Collin County Community College District.

2. Based on Collin College's offer of judgment and the stipulation by the parties as to the amount of costs, the Court orders Defendant Collin County Community College District to pay Plaintiff $38,044.80 for attorney's fees as costs.

3. The Court orders that Plaintiff's claims against Defendants H. Neil Matkin, Andrew Hardin, Jay Saad, Jim Orr, Dr. Raj Menon, Stacey Ann Arias, Dr. J. Robert Collins, Dr. Stacy Donald, Greg Gomel and Fred Moses in their official and individual capacities are dismissed with prejudice and that Plaintiff take nothing from these Defendants in their individual capacities.

4. This judgment is entered without any admission or finding of liability by any Defendant.

5. The Court orders execution issue for this judgment.

6. This is a FINAL JUDGMENT.

Signed on _____, 2022

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE